United States District Court
Southern District of Texas

**ENTERED**

July 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BRANDENBURG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 4:17-cv-1567 |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant The Lincoln National Life Insurance Company's Motion to Transfer Venue to the United States District Court for the District of Arizona. The Court, having reviewed the Motion and being otherwise fully advised, finds that good cause exists for granting the Motion. The Court finds that the District of Arizona is an appropriate forum, the interests of the parties weigh in favor of transfer, and the public interests weigh in favor of transfer. Accordingly, the motion is hereby **GRANTED**. This matter shall be transferred to the District of Arizona.

**IT IS SO ORDERED.**

Date: 7/21/17

_____
**Judge Vanessa Gilmore**
**U.S. District Court Judge**